UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO. 04-30068-MAP

VIDEO COMMUNICATIONS, INC.,

    Plaintiff

v.

MATTHEW R. FLECK,

    Defendant

## Corporate Disclosure

Pursuant to Local Rule 7.3, Plaintiff, Video Communications, Inc. ("VCI") hereby states that it's parent is the VCI MASSACHUSETTS BUSINESS TRUST, a Massachusetts Business Trust with a principal place of business at 146 Chestnut Street, Springfield, Massachusetts and no publicly traded company owns 10% of more of its stock.

Dated: 4/5/04

THE PLAINTIFF
VIDEO COMMUNICATIONS, INC.
By Its Attorneys
NICOLAI LAW GROUP, P.C.

By: _____
Paul Peter Nicolai, Esquire
BBO #371940
Marwan S. Zubi, Esquire
BBO #568050
NICOLAI LAW GROUP, P.C.
146 Chestnut Street
Springfield, MA 01103-1539
Tel: 413-272-2000
Fax: 413-272-2010