Motion for Continuance

Civil Action No. 04-30068-MAP
Video Communications, Inc. v. Matthew R. Fleck

As the defendant in this case I am requesting a continuance. I require this continuance to enable me to make the necessary travel arrangements as well as to prepare an adequate defense. I was only notified on last Friday afternoon that this court date was set for Tuesday afternoon. It is impossible for me to be present there on such short notice. VCI is well aware of my obligations as a parent and of the expense of last minute travel. It is my belief that this action and its' expedited nature is just one more attempt by VCI to force me into signing their consulting agreement. I am not being represented by an attorney in this case and due to the costs involved will be defending myself. I am asking for a one month continuance.

An additional reason for this period of time is to allow me to file the appropriate complaint with the California Department of Fair Employment and Housing. I believe that I was fired illegally due to a formal complaint made regarding retaliation over a previous sexual harassment issue. I had hoped to reach a resolution with VCI over all outstanding issues, as can be seen in Exhibit B of the complaint, but as they have refused to negotiate their own offer, I find that I must take this further.

THE DEFENDANT
Matthew Fleck

Dated: 4/12/04