UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO. 04-30068-MAP

VIDEO COMMUNICATIONS, INC.,

    Plaintiff

v.

MATTHEW R. FLECK,

    Defendant

## CERTIFICATE OF SERVICE

I, Marwan S. Zubi, Esquire, a member of the bar of this Court, hereby certify that I served copies of **Plaintiff's Emergency Ex Parte Motion for Temporary Restraining Order and Motion for Preliminary Injunction, Plaintiff's Memorandum in Support of Plaintiff's Emergency Ex Parte Motion for Temporary Restraining Order and Motion for Preliminary Injunction, Affidavit of W. Lowell Putnam,** *Proposed* **Finding and Temporary Restraining Order, Plaintiff's Request for Hearing, Notice of Hearing** and this **Certificate of Service** via overnight mail in an envelope addressed to:

Matthew R. Fleck
42851 Camino Alagon
Temecula CA 92592

on the date shown below.

Date: 4/9/04

Marwan S. Zubi, Esquire

---

NICOLAI LAW GROUP, P.C. • *BUSINESS LAW & LITIGATION* • 413-272-2000

*Certificate of Service*
*Page 2 of 2*

Dated: 4/9/04

By: _____
Paul Peter Nicolai, Esquire
BBO #371940
Marwan S. Zubi, Esquire
BBO #568050
NICOLAI LAW GROUP, P.C.
146 Chestnut Street
Springfield, MA 01103-1539
Tel: 413-272-2000
Fax: 413-272-2010

THE PLAINTIFF
VIDEO COMMUNICATIONS, INC.
By Its Attorneys
NICOLAI LAW GROUP, P.C.