UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO. 04-30068-MAP

VIDEO COMMUNICATIONS, INC.,

    Plaintiff

v.

MATTHEW R. FLECK,

    Defendant

## NOTICE OF HEARING

PLEASE TAKE NOTICE, that a hearing on Plaintiff's Emergency *Ex Parte* Motion for Temporary Restraining Order and Motion for Preliminary Injunction in the above-captioned action will be held on Tuesday, April 13, 2004 at 3:00 PM.

Dated: 4/9/04

By: _____

THE PLAINTIFF
VIDEO COMMUNICATIONS, INC.
By Its Attorneys
NICOLAI LAW GROUP, P.C.

Paul Peter Nicolai, Esquire
BBO #371940
Marwan S. Zubi, Esquire
BBO #568050
NICOLAI LAW GROUP, P.C.
146 Chestnut Street
Springfield, MA 01103-1539
Tel: 413-272-2000
Fax: 413-272-2010