UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO. 04-30068-MAP

VIDEO COMMUNICATIONS, INC.,

    Plaintiff

v.

MATTHEW R. FLECK,

    Defendant

## SECOND AFFIDAVIT OF W. LOWELL PUTNAM

Now comes W. Lowell Putnam, a natural person of legal age with a business address of 146 Chestnut Street, Springfield, Massachusetts, and says that he has personal knowledge of the following facts:

1. I am the President of the Plaintiff, Video Communications, Inc. ("VCI").

2. The purpose of this affidavit is to clarify an issue raised in my affidavit of April 9, 2004 previously submitted in the above-entitled action ("My Affidavit").

3. In paragraph 27 of My Affidavit, I stated: "From approximately 1996 to 1998, while Fleck's primary residence was in California, he did most of his work for VCI at VCI's offices in Springfield, Massachusetts."

4. I just recently recalled that in 1996 and very early 1997, VCI's offices were located in Feeding Hills, Massachusetts. VCI's offices moved to Springfield in January 1997.

*Second Affidavit of W. Lowell Putnam*
*Page 2 of 2*

5.   In light of this fact, paragraph 27 of My Affidavit, should be amended to read: "From approximately 1996 to 1998, while Fleck's primary residence was in California, he did most of his work for VCI at VCI's offices in Massachusetts."

Signed under the pains and penalties of perjury this ____ day of April, 2004.

W. Lowell Putnam