UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO. 04-30068-MAP

VIDEO COMMUNICATIONS, INC.,

    Plaintiff

v.

MATTHEW R. FLECK,

    Defendant

## CERTIFICATE OF SERVICE

I, Marwan S. Zubi, Esquire, a member of the bar of this Court, hereby certify that I served copies of the **Second Affidavit of W. Lowell Putnam** and this **Certificate of Service** by depositing a copy thereof with the United States Postal Service as pre-paid, first class mail in an envelope addressed to:

Matthew R. Fleck
42851 Camino Alagon
Temecula CA 92592

on the date shown below.

Date: 4/14/04

Marwan S. Zubi, Esquire

*Certificate of Service*
*Page 2 of 2*

Dated: 4/14/04

By: *[signature]*

THE PLAINTIFF
VIDEO COMMUNICATIONS, INC.
By Its Attorneys
NICOLAI LAW GROUP, P.C.

Paul Peter Nicolai, Esquire
BBO #371940
Marwan S. Zubi, Esquire
BBO #568050
NICOLAI LAW GROUP, P.C.
146 Chestnut Street
Springfield, MA 01103-1539
Tel: 413-272-2000
Fax: 413-272-2010