UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VIDEO COMMUNICATIONS, INC., <br> Plaintiff <br><br> v. <br><br> MATTHEW R. FLECK, <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: 04-30068-MAP <br> ) <br> ) <br> ) <br> ) |

## ASSENTED TO MOTION FOR EXTENSION OF TIME

The Defendant, Matthew R. Fleck, with the assent of the Plaintiff through its legal counsel, hereby requests an extension of time to file an Answer or otherwise respond to the Complaint in this matter. In support of this Assented to Motion, Defendant hereby states the following

1. Defendant, Matthew Fleck, retained legal counsel following the hearing on Plaintiff's motion for a Temporary Restraining Order, which counsel has been learning the underlying facts of this case.

2. The parties, through their legal counsel, also have been engaged in a good faith effort to resolve this dispute.

3. The parties have agreed that if they are unable to reach a satisfactory settlement agreement, Defendant will file his Answer, or otherwise respond to the Complaint, on or before June 30, 2004.

4. Plaintiff assents to this motion and neither party will be prejudiced by this extension of time.

WHEREFORE, the Defendant, Matthew Fleck, with the assent of the Plaintiff, hereby requests that the Court allow this Assented to Motion for Extension of Time.

Respectfully submitted,

**MATTHEW FLECK,**

By his attorneys,

_____
Bret A. Cohen (BBO #637830)
Beverly A. Cartieri (BBO # 634599)
MINTZ, LEVIN, COHN, FERRIS,
   GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA  02111
(617) 542-6000

Assent to:

**VIDEO COMMUNICATIONS, INC.**

By its attorneys,

_____
Marwan Zubi, Esq.
Nicolai Law Group, P.C.
146 Chestnut Street
Springfield, MA  01101
(413) 272-2000

Dated: June 18, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on:

6/18/04