UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

6/18/04

| | )
VIDEO COMMUNICATIONS, INC., | )
Plaintiff | )
| )
v. | )  CIVIL ACTION NO.: 04-30068-MAP
| )
MATTHEW R. FLECK, | )
Defendant | )
| )

## NOTICE OF APPEARANCE

Please enter the appearance of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. on behalf of the defendants, Matthew R. Fleck.

Respectfully submitted,

**MATTHEW FLECK,**

By his attorneys,

Bret A. Cohen (BBO #637830)
Beverly A. Carrieri (BBO # 634599)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA  02111
(617) 542-6000

Dated: June 18, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on: 6/18/04