UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VIDEO COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW R. FLECK, <br><br> Defendant. | Civil Action No.: 04-30068-MAP |

## NOTICE OF WITHDRAWAL

Beverly A. Carrieri (née Richard), Esq. hereby withdraws her appearance for the Defendant in the above matter.

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., will continue to represent the Defendant.

Respectfully submitted,

MATTHEW FLECK

By his attorneys,

Bret A. Cohen (BBO #637830)
Beverly A. Carrieri (BBO #634599)
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA  02111
(617) 542-6000

DATED: July 9, 2004

## CERTIFICATE OF SERVICE

I hereby certify that this 9 day of July, 2004, the foregoing *Notice of Withdrawal* was served upon counsel of record for each party by first class postage prepaid mail.

Beverly A. Carrieri

LIT 1467728v1