UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VIDEO COMMUNICATIONS, INC.,

    Plaintiff,

v.

MATTHEW R. FLECK,

    Defendant.

Civil Action No.: 04-30068-MAP

### NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT MATTHEW R. FLECK

Under D. Mass. L.R. 83.5.2, H. Andrew Matzkin of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enters his appearance on behalf of Defendant Matthew R. Fleck ("Defendant"). Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., also will continue to represent the Defendant.

This appearance of counsel noticed by Defendant will not delay or impede the progress of this matter in this Court.

Respectfully submitted,

MATTHEW FLECK

By his attorneys,

Bret A. Cohen (BBO #637830)
H. Andrew Matzkin (BBO #648379)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

DATED: July 19, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 7/19/04

LIT 1470293v1