UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO. 04-30068-MAP

VIDEO COMMUNICATIONS, INC.,

    Plaintiff

v.

MATTHEW R. FLECK,

    Defendant

## STIPULATION OF JUDGMENT

By joint stipulation of the parties, Plaintiff Video Communications, Inc. and Defendant Matthew R. Fleck hereby agree to the entry of judgment for Plaintiff in the amount of Zero ($0) Dollars together with the entry of a permanent injunction in a form identical to the proposed Permanent Injunction attached hereto as Exhibit 1.

| | |
|---|---|
| VIDEO COMMUNICATIONS, INC., | Matthew R. Fleck, |
| By its attorney, | By his attorney, |
| _____ | _____ |
| Marwan S. Zubi, Esq. (BBO #568050) | H. Andrew Matzkin, Esq. (BBO #648379) |
| Nicolai Law Group, P.C. | Mintz, Levin, Cohn, Ferris, |
| 146 Chestnut Street |   Glovsky and Popeo, P.C. |
| Springfield, MA 01101 | One Financial Center |
| (413) 272-2000 | Boston, Massachusetts 02111 |
| | (617) 542-6000 |