UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO. 04-30068-MAP

VIDEO COMMUNICATIONS, INC.,

      Plaintiff

v.

MATTHEW R. FLECK,

      Defendant

## PERMANENT INJUNCTION

By agreement of the parties, it is hereby ORDERED that:

1. The Defendant, Matthew R. Fleck ("Defendant"), is hereby enjoined from directly or indirectly competing with the Plaintiff from the date of this Order to March 5, 2005. For the purpose of the Court's Order "competing" with the Plaintiff means: (a) to deal in any way (for example, to develop or sell, whether or not for profit) in any products or services that compete with traffic systems or any of the other products or services that the Plaintiff offers at that time, or to have any relationship or connection with any other person or entity that does so ("Competitor"), excluding companies not involved in marketing, developing, or selling products or services competitive with those offered by the Plaintiff or, (b) hiring or attempting to hire (for the purpose of working on a traffic system or any other product or service which competes with those offered by the Plaintiff at that time), whether as an employee, consultant or otherwise, any person who was working for the Plaintiff as of March 5, 2004 or during the three years prior thereto; and

2. The Defendant is hereby enjoined from disclosing, to any person other than the Plaintiff or its authorized agents, any of the Plaintiff's confidential information or trade secrets including, but not limited to, created materials from the date of this Order to March 5, 2009. For the purpose of this Order, "confidential information" means all information, whether of the Plaintiff or of any others dealing with the Plaintiff, that the Plaintiff treated as confidential during the time of the Defendant's employment with the Plaintiff, even if that information is not a "trade secret" as defined by law. "Created materials" means anything that the Defendant created or did for the Plaintiff by himself or with others. Created Materials includes, but it not limited to, tangible things like documents, drawings, prototypes, reports, schematics, software, specifications and intangible things like concepts, discoveries, ideas, information. Something is a Created Material if the Defendant created or did it during the time in which he was employed by the Plaintiff, even if he created or did it only in part, or only together with other people, or out of normal business hours, so long as it is applicable to the Plaintiff's business; and

3. Prior to March 5, 2005, the Defendant may perform work as an employee or as a consultant directly for any broadcaster that has begun development of its own system solely for its internal use. Such broadcaster(s) may not be: (a) a customer of the Plaintiff; (b) potential customer of the Plaintiff with which the Plaintiff is in active negotiations unless such potential customer has already begun development of a system solely for its own internal use; (c) a competitor; or, (d) an affiliate, subsidiary or parent of a Competitor. In the event that the Defendant wishes to be engaged by any broadcaster, he shall disclose the name of such broadcaster, in advance, and provide a description of the services to be performed by him to the Plaintiff prior to beginning work. The Plaintiff shall have seven (7) days following the receipt of such notice to object to such engagement. In the event that the Plaintiff so notifies the Defendant that it believes his engagement by such broadcaster constitutes a violation of this Permanent Injunction, and the Defendant disputes such assertion, the matter shall be resolved by arbitration as expeditiously as

possible, before the Defendant accepts such employment of assignment. The Defendant may inquire as to a broadcaster's existing and/or future relationship with the Plaintiff for purposes of determining whether such broadcaster is or intends to continue to be a customer of the Plaintiff or may be a competitor of the Plaintiff.

While it is true that this Order is issuing upon agreement of both parties, it is understood that the order constitutes an order of this court subject to enforcement through the court's contempt powers.

It Is So Ordered.

Signed at __1:30__ AM/~~PM~~, this __30th__ day of __August__, 2004

_____
Michael A. Ponsor
U.S. D. J.